■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEURI CORONA, Appellant. [38 NYS3d 141]—

Judgments, Supreme Court, Bronx County (Margaret L. Clancy, J., at hearing; James M. Kindler, J., at pleas and sentencing), rendered November 7, 2013, convicting defendant of criminal possession of a weapon in the third degree and assault in the third degree, and sentencing him an aggregate term of 1 to 3 years, unanimously affirmed.

Defendant's suppression motion was properly denied. The officer's common-law inquiry was justified by the totality of his observations, including the particular position of defendant's hand and his manner of walking, and his belief that defendant was holding what appeared to be the handle of a firearm (and not some innocuous object) at his waistband (*see e.g. People v Feliz*, 45 AD3d 437 [1st Dept 2007], *lv denied* 9 NY3d 1033 [2008]; *Matter of Jamaal C.*, 19 AD3d 144 [1st Dept 2005]). Defendant's immediate flight upon being approached by the officer, coupled with the officer's observations, justified the police pursuit, during which time defendant deliberately discarded the pistol he was carrying (*see e.g. People v Bush*, 129 AD3d 537 [1st Dept 2015]; *People v Pitman*, 102 AD3d 595 [1st Dept 2013], *lv denied* 21 NY3d 1018 [2013]). Concur—Sweeny, J.P., Manzanet-Daniels, Feinman, Kapnick and Webber, JJ.